Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
## for the
## Western District of Texas
## San Antonio Division

FILED
OCT 17 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Mr. James E. Lewis Sr.

Case No. SA23CA1316 JKP
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* [ ] Yes [ ] No

-v-

Anita M. Miles
SagesSure Insurance Co.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Mr. James E. Lewis |
   | Street Address | 1203 Woodmere Drive |
   | City and County | Lithonia, Dakalb County |
   | State and Zip Code | Georgia  30058 |
   | Telephone Number | (726)777-0640 |
   | E-mail Address | J1ameslewis@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**Defendant No. 1**

| | |
|---|---|
| Name | Ms. Anita M. Miles |
| Job or Title *(if known)* | Retired |
| Street Address | 6422 Ithaca Falls |
| City and County | San Antonio, Bexar County |
| State and Zip Code | Texas 78239 |
| Telephone Number | (210) 707-2927 |
| E-mail Address *(if known)* | Anita46miles@gmail.com |

**Defendant No. 2**

| | |
|---|---|
| Name | SageSure |
| Job or Title *(if known)* | Homeowners Insurance Company |
| Street Address | P.O.Box 896671 |
| City and County | Charlotte |
| State and Zip Code | North Carolina, 28289-6671 |
| Telephone Number | (800) 474-1377 |
| E-mail Address *(if known)* | SageSure: CustomerCare@SageSure.com |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* __James E. Lewis__, is a citizen of the State of *(name)* __Georgia__.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* __Anita M. Miles__, is a citizen of the State of *(name)* __Texas__. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* __SageSure Insurance__, is incorporated under the laws of the State of *(name)* __Texas__, and has its principal place of business in the State of *(name)* __Texas__.
   Or is incorporated under the laws of *(foreign nation)* __Texas__, and has its principal place of business in *(name)* __Texas__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

This civil court case involves medical bills, lost wages, pain and suffering.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 01/28/2023, at *(place)* 6422 Ithaca Falls, San Antonio, Texas 78239 where Ms. Anita resides., the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

I had a slip and fall due to the floor being wet from urine. Ms. Miles, at the time, had been recently discharged from the hospital. She was being helped to the bathroom by her daughter Kindle Miles. Ms. Miles was unable to make it to the bathroom before falling. I was called by her and her daughter to come in and assist. Upon reaching them, I grabbed the belt to help and my feet slipped on the urine that was on the floor. That caused me to fall backwards and down onto the floor causing an injury to my back.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

I was there to help Ms. Miles because she was in severe pain from her knees. She had fallen to her knees, which was giving her excruciating pain.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I was in severe pain so I went to the doctor to have my back looked at. I saw NP-C Meaghan Reilly at The San Antonio Orthopaedic Group, LLP on January 30, 2023.

I also saw Dr. Ephraim Brenman at 19138 US HWY 281 N San Antonio, TX 78258.

Also seen was: Dr. Matthew Swann at Orthopaedic Surgery Center Of San Antonio, L.P.

I am asking for punitive damages in the amount of $400,000.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     10/17/2023

Signature of Plaintiff     *James E. Lewis Sr.* (signature)
Printed Name of Plaintiff   James E. Lewis Sr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address