IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY 1 4 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

*James E. Lewis*
Plaintiff

V.

Case No. 5:23-CV 01316

*Anita Miles*
Defendant

## Settlement Agreement

*James Lewis*
5/14/2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

(Court Level and Jurisdiction)

| | |
|---|---|
| Mr. James E. Lewis | 5:23-CV-01316 (Case I.D. Number) |
| Plaintiff | |
| -vs- | |
| Ms. Anita M. Miles | |
| Defendant | |

## AFFIDAVIT

I, Ms. Anita M. Miles, of San Antonio, in Bexar County, Texas, MAKE OATH AND SAY THAT:

1. I, Kindle Miles-Todd, am creating this Affidavit as a witness to the case of Mr. James E. Lewis vs Ms. Anita M. Miles case # 5:23-CV-01316 and I confirm I was present at the incident which took place on January 28, 2023. I was also present a meeting between Mr. Lewis and Ms. Miles. on May 10, 2024. I am assisting Ms. Miles in preparing this document.

2. Good morning my name is Anita Miles and I reside at 6422 Ithaca Falls in San Antonio, Texas. My phone number is: (210)707-2927 and my Email is: Anita46miles@gmail.com. I am writing to you in response to a potential settlement agreement. There was a fall that took place in my home at the above mentioned address. It would be in the best interest of all parties involved to settle the claim in case # 5:23-CV-01316 Lewis vs Miles. The incident occurred on January 28, 2023, in my bathroom.

3. I had very little control of my bladder due to the multiple medications that had recently been prescribed to me by my cardiologist, my wound care doctor and my primary care physician. They were new medications several of which had diuretics. This led to me having to urinate often.

4. On the evening of January 28, 2023, I was going from my bed to my bathroom (which was in my bedroom). As I entered into the bathroom, I began to lose control of my bladder and tried to keep myself from falling. I grabbed the counter of the sink to prevent me from dropping all the way down to the floor. I have arthritis from working out in the weather for over 30 years. In addition, my knees are very bad. While holding on to the sink, I yelled for Mr. Lewis to come to help me and my daughter Kindle. As he entered into the bathroom to assist us, he slipped and fell backwards onto the floor because of the urine that I had accidently released on the floor. Due to the fall, Mr. Lewis injured his back which required surgery.

5. I feel responsible for his injuries because had he not slipped trying to help me, he would not have the problems he now has with his back. Mr. Lewis has incurred doctors visits and treatments, as well as pain and suffering...not forgetting the loss of wages and the time that it is taking him to heel and ability to work. Taking into consideration all these things and more has led Mr. Lewis and myself to come to an agreement of a settlement of $325,000. This situation has changed his life forever. And although he has to live with his condition, he is no longer employable. The settlement amount that we agreed upon will help Mr. Lewis live the rest of his life. Thank you for your consideration in this matter.

Sincerely,

*[signature: Anita Miles]*

Anita Miles.

*[signature: James Lewis]*
*5/14/2024*

# CERTIFICATE OF SERVICE

I, _James E. Lewis_, Plaintiff pro se, do here by certify that on the __14__ Day of __May__, 20 __24__, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by ____(State the manner of delivery - eg. U.S. Mail, ~~Hand Delivery~~, Certified Mail)____ at the following address:____ (give address of Attorney for the Defendant)____ .

Caroline S. Horstmann
Ronald Lynn Hornback
The Monson Law Firm
900 Rockmead Drive, Suite 141
Kingwood, TX 77339

Dated: _5/14/2024_

_James E. Lewis_
Signature of Plaintiff