UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JAMES E. LEWIS, SR.,**

   *Plaintiff*,

v.   Case No. 5:23-CV-1316-JKP

**ANITA M. MILES,**

   *Defendant*.

## ORDER OF DISMISSAL

Before the Court is a Joint Stipulation of Dismissal with Prejudice (ECF No. 48) signed by all parties. Although no court order is necessary based upon the stipulation filed pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the parties provide an order of dismissal thereby indicating that they want a court order. Accordingly, the Court hereby **DISMISSES** this action with prejudice with each party to bear their own fees, costs, and expenses.

   **IT IS SO ORDERED this 13th day of November 2025.**

*[Signature: Jason Pulliam]*
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**